IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                       PLAINTIFF

v.                                         Case No. 6:24-cv-6044

RAPPER T.I. HARRIS, *et al*.                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. After screening Plaintiff's claims pursuant to 28 U.S.C. § 1915A, Judge Bryant recommends that Plaintiff's Second Amended Complaint (ECF No. 7) be dismissed without prejudice for failure to state a claim upon which relief can be granted. Judge Bryant further recommends that a strike flag be placed on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Second Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby **directed** to place a § 1915(g) strike flag on this case for future judicial consideration.

**IT IS SO ORDERED**, this 6th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge